AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALAN SAMUEL MANSELL,

*Plaintiff*

v.

SAFETY AND RISK ANALYSIS CONSULTING (SARACON INC), MARK ANTHONY MANSELL and UNKNOWN AGENT(S),

*Defendant*

Civil Action No. 4:17-cv-05050-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Complaint and the claims therein are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a motion for voluntary dismissal.

Date:  July 31, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Jaime M. White
*(By) Deputy Clerk*
Jaime M. White